

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

| | |
|---|---|
| Cause number: | 01-13-00863-CV |
| Style: | Don K. Avni a/k/a Don Avni Kaminetzky |
| | v. David A. Newman |
| Date motion filed*: | October 23, 2013 |
| Type of motion: | Motion to extend time to file amended notice of appeal and the record |
| Party filing motion: | Appellant |
| Document to be filed: | Amended notice of appeal and record |

Is appeal accelerated?    No

If motion to extend time:
  Original due date:
  Number of previous extensions granted:          Current Due date:
  Date Requested:

Ordered that motion is:

☐        Granted

         If document is to be filed, document due:

         ☐        The Court will not grant additional motions to extend time

☐        Denied

☑        Dismissed (*e.g.*, want of jurisdiction, moot)

☐        Other: _____

**Appellant requests an extension of time to file an amended notice of appeal.  Appellant may amend a**
**a notice of appeal without leave of court at any time prior to filing his brief.  *See* TEX. R. APP. P. 25.1(g)**
**(authorizing filing of amended notice of appeal any time prior to filing of appellant's brief).  Appellant**
**also requests an extension of time to file the record.  However, the appellate record in this case is not yet**
**due.  *See* TEX. R. APP. P. 35.1.  Accordingly, we dismiss appellant's motion as moot.**

Judge's signature:   /s/ Justice Laura C. Higley
                     ☐ Acting individually       ☐ Acting for the Court

Panel consists of   _____

Date:  October 31, 2013

November 7, 2008 Revision